UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIEU HO TRONG THAI,<br><br>                    Petitioner,<br><br>           v.<br><br>RONALD DAVIS, Warden,<br><br>                    Respondent. | Case No. 8:18-01884 CJC (ADS)<br><br>ORDER ACCEPTING<br>REPORT AND RECOMMENDATION OF<br>UNITED STATES MAGISTRATE JUDGE<br>AND DISMISSING CASE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition and all the records and files herein, including the Report and Recommendation of the assigned United States Magistrate Judge issued August 12, 2019, [Dkt. No. 10], and Petitioner's Objections to the Report and Recommendation, [Dkt. No. 11].

The Court has engaged in a de novo review of those portions of the Report and Recommendation to which objections have been made. Although Petitioner reasserts that actual innocence is the basis for avoiding AEDPA statute of limitations, this Petition is not based on actual, factual innocence. Petitioner argues that recent changes to California's murder statute support his assertion that California's theory of provocative

act murder is unconstitutionally vague, resulting in his actual innocence. Petitioner also admits that some California Superior Courts have found the state Senate Bill 1437, which in part amended California's murder statutes, to be unconstitutional and declined to apply it, including in this Petitioner's underlying case and as to this Petitioner. See [Id., at pp. 26–27]; [Dkt. No. 11-1, pp. 125–28]; Superior Court of the State of California, County of Orange, Case 05ZF0082 (denying Petitioner's request for resentencing on this basis). Furthermore, Petitioner admits to being a gang member, participating in the car chase and shoot out, shooting five shots at the rival gang's vehicle, which carried the actual shooter of the victim, who was riding in the same car with Petitioner. Even under California revised murder statutes, this is not a case of actual innocence warranting an exception to the AEDPA statute of limitations.

Accordingly, IT IS HEREBY ORDERED:

1. The United States Magistrate Judge's Report and Recommendation [Dkt. No. 10] is accepted;
2. The Petition is dismissed with prejudice; and
3. Judgment is to be entered accordingly.

DATED: September 6, 2019

HONORABLE CORMAC J. CARNEY
United States District Judge

2