UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HIEU HO TRONG THAI,<br><br>　　　　　Petitioner,<br><br>　　　　　v.<br><br>RONALD DAVIS, Warden,<br><br>　　　　　Respondent. | Case No. 8:18-01884 CJC (ADS)<br><br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Report and Recommendation of United States Magistrate Judge and Dismissing Case, IT IS HEREBY ADJUDGED that the above-captioned case is dismissed with prejudice.

DATED: September 6, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　HONORABLE CORMAC J. CARNEY
　　　　　　　　　　　　　　　　　　　United States District Judge